UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br><br>    v.<br><br>JACOB DAVID ESTEVES,<br><br>    Defendant and Judgment Debtor.<br><br>FORGEN, LLC,<br><br>    Garnishee. | No. 2:22-mc-00280-DC-DB<br><br>ORDER TERMINATING WAGE GARNISHMENT<br><br>(Doc. No. 15) |

This matter is before the court on plaintiff United States' request for an order terminating writ of wage garnishment. (Doc. No. 15.) As set forth in plaintiff's original application for a writ of garnishment, the United States sought to garnish twenty-five percent (25%) of defendant Esteves's non-exempt disposable earnings held by Forgen, LLC. (Doc. No. 1.) In the court's final order of continuing garnishment, the court ordered that "[t]he garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount and litigation surcharge are fully satisfied." (Doc. No. 13 at 3.) The United States now requests that the writ of wage garnishment be terminated pursuant to 28 U.S.C. § 3205(c)(10). (Doc. No. 15.)

Good cause appearing from the review of the court files and the United States' request for

1

an order terminating wage garnishment, the United States' request (Doc. No. 15) is granted. The writ of garnishment issued against defendant Jacob David Esteves is hereby terminated pursuant to 28 U.S.C. § 3205(c)(10).

The Clerk of the Court is directed to close this miscellaneous case.

IT IS SO ORDERED.

Dated: __October 16, 2024__  

_____
Dena Coggins
United States District Judge

2